No. D–1142. IN RE DISBARMENT OF SHAUGHNESSY. It is ordered that Robert William Shaughnessy, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1143. IN RE DISBARMENT OF BYRD. It is ordered that Mitchell King Byrd, of Rock Hill, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 91–1546. SLAGLE v. TERRAZAS ET AL. Appeal from D. C. W. D. Tex. Motion of appellant for establishment of deadline for submission of the views of the United States denied.

No. 91–8233. IN RE KALTENBACH. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until July 20, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of mandamus.

No. 91–8412. PROWS v. WILLIAMS, WARDEN, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until July 20, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 91–8494. IN RE BURNETT; and
No. 91–8508. IN RE COCHRAN. Petitions for writs of habeas corpus denied.

No. 91–1526. ALEXANDER v. UNITED STATES. C. A. 8th Cir. Certiorari granted.

No. 91–790. CSX TRANSPORTATION, INC. v. EASTERWOOD; and
No. 91–1206. EASTERWOOD v. CSX TRANSPORTATION, INC. C. A. 11th Cir. Motion of Association of American Railroads for